Stuart M. Price (SBN 150439)
Price Law Group, APC
15760 Ventura Blvd., Suite 800
Encino, CA 91436
T: (818) 907-2030
E: stuart@pricelawgroup.com

David A. Chami (AZ# 027585)
Admitted Pro Hac Vice
Price Law Group, APC
1204 E. Baseline Rd., Suite 102
Tempe, AZ 85283
T: (818)907-2133
E: david@pricelawgroup.com

Attorneys for Plaintiff,
Jessica M. Lopez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica M. Lopez,<br><br>    Plaintiff,<br><br>vs.<br><br>Ocwen Loan Servicing, LLC, et al.,<br><br>    Defendants. | Case No.: 8:16-cv-00157-DOC-JCG<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Jessica M. Lopez, and Defendant, Ocwen Loan Servicing, LLC, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty (40) days. The Plaintiff requests

that the Court vacate all pending deadlines and hearings in this matter. The Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 3rd day of January, 2017.

**PRICE LAW GROUP, APC**

By: /s/ Stuart M. Price_____
Stuart M. Price (SBN150439)
E: stuart@pricelawgroup.com
David A. Chami (AZ #027585)
E: david@pricelawgroup.com

Attorneys for Plaintiff
Jessica M. Lopez

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Florence Lirato